UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL GARCIA-LOPEZ,

Petitioner,

v.

ROBERTO A. ARIAS,

Respondent.

Case No. 24-cv-02253-WHO (PR)

**ORDER EXTENDING TIME; INSTRUCTIONS TO CLERK**

Dkt. No. 10

Respondent's motion to extend time to file an answer or a dispositive motion is GRANTED. (Dkt. No. 10.) The answer or dispositive motion shall be filed on or before **October 4, 2024**. If it is an answer, petitioner Garcia-Lopez's traverse shall be filed within 30 days after the answer is filed. If it is a dispositive motion, Garcia-Lopez's opposition shall be filed within 30 days after the motion is filed and respondent's reply shall be filed within 15 days after the opposition is filed.

The Clerk shall amend the docket to reflect that Roberto A. Arias, the warden of the prison in which petitioner is housed, is the sole respondent in this action. Arias is the sole proper respondent here, as he is the custodian having day-to-day control over petitioner, the only person who can produce "the body" of the petitioner. *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992) (quoting *Guerra v. Meese*, 786 F.2d 414, 416 (D.C. Cir. 1986)).

The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** August 7, 2024

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California