UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GARCIA-LOPEZ,<br>　　　　　Petitioner,<br>　v.<br>ROBERTO A. ARIAS, et al.,<br>　　　　　Respondents. | Case No. 24-cv-02253-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 13 |

　　Mail sent by the Court to petitioner Garcia-Lopez was returned as undeliverable more than 60 days ago. (Dkt. No. 12.) Accordingly, this federal habeas action is DISMISSED (without prejudice) because Garcia-Lopez failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Garcia-Lopez may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

　　Respondent's motion to dismiss is DENIED without prejudice to it being refiled if the suit is reopened. (Dkt. No. 13.)

　　The Clerk shall terminate all pending motions, enter judgment in favor of respondents, and close the file.

　　**IT IS SO ORDERED.**
　　**Dated:** November 5, 2024



WILLIAM H. ORRICK
United States District Judge